GIUSEPPE DI CARLO, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THOMAS DRYSDALE, INC., Respondent, v. LOUIS SILVERSTEIN and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant, v. SEABOARD GARAGE CORPORATION, Respondent. (Appeal No. 1.) — Order reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. A compulsory reference was not justified in this action, since it did not involve the examination of a long account. (*Roome* v. *Smith*, 123 App. Div. 416.) Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant, v. SEABOARD GARAGE CORPORATION, Respondent. (Appeal No. 2.) — Order reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon authority of *Fidelity & Casualty Co.* v. *Seaboard Garage Corp.*, *No. 1* (*ante*, p. 743), decided herewith. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant, v. SEABOARD GARAGE CORPORATION, Respondent. (Appeal No. 3.) — Order reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon authority of *Fidelity & Casualty Co.* v. *Seaboard Garage Corp.*, *No. 1* (*ante*, p. 743), decided herewith. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

JOHN H. FORD, as Administrator, etc., of ANNA T. FORD, Deceased, Respondent, v. MARCUS ROTHSCHILD, Appellant.— Judgment and order denying motion to set aside verdict unanimously affirmed, with costs. We disapprove of the manner in which this case was tried by plaintiff's attorney. Some of the remarks made by him in the course of the trial were highly improper, and would warrant a reversal of the judgment were we not satisfied that the result was not affected thereby. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

JACOB FREED, ISIDOR GOLDMAN and SAM WEINBERG, Respondents, v. NOAH F. LIEF, Appellant.— Judgment of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

EDWARD A. FRIES, Respondent, v. HENRY J. SENGER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

HAROLD HORTON, Appellant, v. THE PENNSYLVANIA EXCHANGE BANK, Respondent.— Upon the record in this case, the court is unable to render a proper decision. The order upon which the judgment was entered is not printed, and the judgment fails to state the grounds upon which it was based. A reargument is, therefore, ordered for February 7, 1927, at which time corrected papers on appeal must be presented. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

MARTIN F. HUBERTH and HARRY G. HUBERTH, Respondents, v. BERNARD REICH, Defendant. MARCON REALTY CO., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.